FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

17 NOV -7 AM 9: 46

CLERK-LAS CRUCES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 17-3181 RB |
| ) | |
| vs. ) | 18 U.S.C. § 1519:  Obstruction |
| ) | of Justice. |
| **CHRISTOPHER M. HOLBROOK,** ) | |
| ) | |
| Defendant. ) | |

INFORMATION

The United States charges:

On or about March 23, 2015, in Doña Ana County, in the District of New Mexico, the defendant, **CHRISTOPHER M. HOLBROOK**, acting in relation to and in contemplation of a matter within the jurisdiction of United States Customs and Border Protection Office of Professional Responsibility, an agency of the United States, did knowingly falsify a document with the intent to impede, obstruct, and influence the investigation and proper administration of that matter within federal jurisdiction.

In violation of 18 U.S.C. § 1519.

JAMES D. TIERNEY
Acting United States Attorney

BROCK E. TAYLOR
Assistant United States Attorney
200 N. Church Street
Las Cruces, NM  88001
(575) 522-2304 – Tel.
(575) 522-2391 – Fax

JOHN M. GORE
Acting Assistant Attorney General
Civil Rights Division, Department of Justice

*/s/ Julia Gegenheimer*

JULIA GEGENHEIMER
Trial Attorney
950 Pennsylvania Ave. NW
Washington, D.C. 20530
(202) 307-6025 – Tel.
(202) 514-8336 – Fax